CAMPBELL ET AL. *v.* NEBEKER ET AL.

From the Fountain Circuit Court.

*C. M. Ristine* and *G. McWilliams,* for appellants.

*L. Nebeker* and *S. M. Cambern,* for appellees.

DOWNEY, J.—On the authority of the case of *Cochran* v. *Nebeker, ante,* p. 459, the judgment in this case is reversed, with costs, and the cause remanded, with instructions to overrule the demurrers to the second and third paragraphs of the answer, and for further proceedings.